UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL, | No. 2:21-cv-01172-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| ASHLEY SMITH, et al., | |
| Defendants. | |

On August 24, 2021, the Magistrate Judge issued an order denying plaintiff's motion for the appointment of counsel. On November 16, 2021 plaintiff filed a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen (14) days . . . from the date of service of the ruling on the parties." Plaintiff's request for reconsideration of the magistrate judge's order of August 24, 2021 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (ECF No. 18) is denied.

DATED: August 18, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1