UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>RAINELLE SMITH, et al.,<br><br>Defendants. | No. 2:21-cv-1172 KJM CKD P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to defendants' motion for summary judgment filed on September 11, 2023. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 75) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an opposition to defendants' motion for summary judgment.

3. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

Dated: October 18, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/camp1172.36

1