UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAINELLE SMITH, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-01172-KJM-CKD P<br><br><br>ORDER |

　　　　The court has made two attempts to serve plaintiff with a copy of the court order dated October 18, 2023.  On both occasions, the order was served on plaintiff's address of record and returned by the postal service with the notation that delivery had been refused.  Plaintiff is informed that all court orders will be served on him at his address of record and that acceptance of those orders will be necessary to prosecute the instant action.  Plaintiff is further informed that further refusal to accept delivery of court orders will result in a recommendation that this action be dismissed.  See Local Rule 110.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to reserve a copy of the court's October 18, 2023 order together with a copy of this order on plaintiff at his current address.

/////

/////

1

2. Any additional refusal by plaintiff to accept delivery of court orders will result in a recommendation that this action be dismissed for failure to comply with a court order.

Dated:  November 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/camp1172.33.ref